# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: Guy Richard Webb     Case No. 19-91056

Appearances at First Meeting: Joseph Scott Pappas, Attorney for the Debtor

## Plan Information

X Plan     ___ Amended Plan
Plan Payment: $100.00 for 60 months

Plan Term: 60 months     Approx. 2.51% Plan

| | |
|---|---|
| Priority Creditors | $ - |
| Arrearage | $ - |
| Secured Creditors | $ - |
| Special Unsecured | $ - |
| General Unsecured | $ 1,600.00 |
| Attorney Fee | $ 3,800.00 |
| Trustee Fee | $ 600.00 |
| Total Plan | $ 6,000.00 |

Wage Deduction     X Yes     ___ No

Direct Payments:

Other:

## Means Test Information

X Over Median     ___ Under Median
X Income Verified
X Form 122C-2 approved by Trustee
___ Form 122C-2 contested by Trustee
    ___ Income     ___ Standard Deductions
    ___ Additional Expense Deductions
    ___ Debt Payment
___ Amended Form 122C-2 to be filed

| | |
|---|---|
| Line 45-Mo. Disposable Income: | $ 949.58 |
| Sixty Month Total: | $ 56,974.80 |
| Total Plan Distribution to Unsecured Creditors: | $ 1,600.00 |
| Estimated General Unsecured: | $ 63,860.00 |

## Trustee Recommendations

___ Confirm Plan as filed
___ Confirm Plan with the following Changes:

X Amended Plan to be filed within 28 days
___ Amended Schedule ___ to be filed within ___ days
___ Request Confirmation Hearing
    *Feasibility*     *Best Interest of Creditors Test*     *Valuation of Collateral*
    X *Excess Disposable Income*     X *Other:* The Plan should be amended to provide for the Debtor to make payments to the Trustee to the full extent of the Debtors ability based on the 122C, until the Debtor has finalize the acquisition of his father's former home. The Plan should provide for the turnover of the recovery from the malpractice claims