## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS (URBANA)

| | |
|---|---|
| IN RE:<br>GUY RICHARD WEBB<br><br>DEBTOR, | Case No. 19-91056<br><br>Chapter 13<br><br>Judge Thomas L. Perkins |

### RESPONSE TO DEBTOR'S MOTION FOR SHORT SALE OF REAL PROPERTY

**NOW COMES** BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES 1 TRUST, (hereinafter "Creditor"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and responds to Debtor's Motion for Short Sale of Real Property as follows:

1. Creditor has no objection to the Debtor being permitted to short sell the real property located at 215 W Main Street, Camargo, IL 61919 (hereinafter "Subject Property");

2. However, Creditor respectfully requests that any order entered authorizing any short sale of the subject property include the following language:

"Any short sale is subject to Creditor and Investor approval."

3. Creditor also respectfully represents that at this time there is no agreement in place between Creditor and Debtor with respect to any short sale; specifically, the proposed short sale transaction detailed in Debtor's Motion for Short Sale of Real Property has not been approved by Creditor.

Dated this January 15, 2020.

Respectfully Submitted,
CODILIS & ASSOCIATES, P.C.

By: /s/ Brenda Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
MaryAnn G. Black #59899MO
**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527  |  (630) 794-5300
**C&A File No. (14-16-07026)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS (URBANA)**

IN RE:

    GUY RICHARD WEBB

DEBTOR,

Case No. 19-91056

Chapter 13

Judge Thomas L. Perkins

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certify that I served a copy of the attached Response upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 15, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 15, 2020.

Marsha L Combs-Skinner, Chapter 13 Trustee, 108 S. Broadway PO Box 349, Newman, IL 61942 by electronic notice through ECF
Guy Richard Webb, Debtor, 215 W Main St, Camargo, IL 61919
Joseph Scott Pappas, Attorney for Debtor, 622 Jackson Avenue, Charleston, Charleston, IL 61920 by electronic notice through ECF
Office Of Nancy J. Gargula U.S. Trustee, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

   /s/ Brenda Likavec
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
MaryAnn G. Black #59899MO
**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-16-07026)**

NOTE: This law firm is a debt collector.